UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


FABIAN RIVAS LOERA,

        Petitioner,

v.                                    Case No. 2:26-cv-1430-JES-DNF

WARDEN, GLADES COUNTY DETENTION
CENTER, et al.,

        Respondents.

_____

**ORDER**

    This matter comes before the Court on Petitioner's Notice of Voluntary Dismissal (Doc. 4) seeking to dismiss the case without prejudice because "these proceedings are no longer necessary in light of the panel's opinion in Hernandez Alvarez v. Warden, Fed. Det. Ctr. Miami, No. 25-14065, 2026 WL 1243395 (11th Cir. May 6, 2026). Respondents have not appeared and responded to the Petition. Therefore, a voluntary dismissal is appropriate.

    Accordingly, it is hereby

    **ORDERED**:

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the case is dismissed without prejudice. The Clerk shall terminate all

deadlines and close the case.

**DONE AND ORDERED** at Fort Myers, Florida on May 11, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE